

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-88,230-01

### EX PARTE DAMONTE JACQUE PATTERSON, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS CAUSE NO. CCC-18-22653A IN THE 52ND DISTRICT COURT FROM CORYELL COUNTY

*Per curiam*.

**O R D E R**

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of the offense of assault of a family or household member by impeding breath or circulation and sentenced to imprisonment for seven years.

On March 21, 2018, an order designating issues was signed by the trial court. The habeas record has been forwarded to this Court prematurely. We remand this application to the 52nd District Court of Coryell County to allow the trial judge to complete an evidentiary investigation and enter findings of fact and conclusions of law.

This application will be held in abeyance until the trial court has resolved the fact issues. The issues shall be resolved within 90 days of this order. A supplemental transcript containing all affidavits and interrogatories or the transcription of the court reporter's notes from any hearing or deposition, along with the trial court's supplemental findings of fact and conclusions of law, shall be forwarded to this Court within 120 days of the date of this order. Any extensions of time must be requested by the trial court and shall be obtained from this Court.

Filed: April 11, 2018
Do not publish